

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00052-CV

Mary **GARCIA**,
Appellant

v.

Scott **ROBERTSON**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2020CVB001589D4
Honorable Oscar J. Hale, Jr., Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: March 23, 2022

DISMISSED

Appellant Mary Garcia filed a motion to dismiss this appeal. Appellee Scott Robertson has not opposed the motion. *See* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and dismiss the appeal. *See id.* R. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM